FIDELITY UNION BANK v. GARDEN STATE
DINER CORPORATION.

June 9, 1987.

Petition for certification denied.

CYRUS E. FALCON v. AMERICAN CYANAMID AND
RESEARCH COTTRELL, INC. AND AIM
CORPORATION.

June 9, 1987.

Petition for certification denied.

IN THE MATTER OF NJPDES PERMIT NO. NJ 0055247.

June 9, 1987.

Petition for certification denied.   (See 216 *N.J.Super.* 1)

THERESA ROZOANO v. OTIS ELEVATOR COMPANY AND
MONMOUTH PARK JOCKEY CLUB.

June 9, 1987.

Petition for certification denied.